UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LURADINE TIMBERLAKE,

        Plaintiff,

-v-

NEW YORK PRESBYTERIAN HOSPITAL,

        Defendant.

05 CV 5616 (LAP)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the pleadings, the accompanying Affirmation of Steven M. Post, dated September 9, 2008 and the exhibits annexed thereto, and Defendant's Memorandum of Law in Support of Motion for Summary Judgment, Defendant The New York and Presbyterian Hospital (incorrectly named as ("New York Presbyterian Hospital") ("Hospital"), will move this Court before the Honorable Linda A. Preska, U.S.D.J., at the United States Courthouse, Southern District of New York, 500 Pearl Street, Courtroom 1320, New York, New York 10007, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting it summary judgment and dismissing the complaint in its entirety, and granting such other and further relief as the Court deems appropriate.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order of the Court, any answering papers must be served on Defendant's counsel and filed on or before October 10, 2008.

Dated: September 9, 2008
      New York, New York

                        EPSTEIN BECKER & GREEN, P.C.

                        By: _____
                             James S. Frank (JF-5389)
                             Steven M. Post (SP-5968)

                             Attorneys for Defendant
                             The New York and Presbyterian Hospital
                             250 Park Avenue
                             New York, NY 10177
                             (212) 351-4500

To:
Ambrose Wotorson, Esq.
Law Offices of Ambrose Wotorson