UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LURADINE TIMBERLAKE,

                Plaintiff,                              05 CIVIL 5616 (LAP)

      -against-                                        **JUDGMENT**

NEW YORK PRESBYTERIAN HOSPITAL,
                Defendant.
------------------------------------------------------------X

        Defendant having moved for summary judgment on all claims, and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on September 29, 2009, having rendered its Memorandum and Order granting defendant's motion for summary judgment, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 29, 2009, defendant's motion for summary judgment is granted; accordingly, the case is closed and all pending motions denied as moot.

**Dated:** New York, New York
            September 30, 2009

                                                  **J. MICHAEL McMAHON**
                                                   **Clerk of Court**

                              **BY:**
                                                    **Deputy Clerk**

                                      THIS DOCUMENT WAS ENTERED
                                      ON THE DOCKET ON _____